[No. 33278-1-III.  Division Three.  February 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALCARAZ MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00712-0, Alex Ekstrom, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Pennell, J.

[No. 71912-2-I.  Division One.  February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE LILE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00177-5, Deborra Garrett, J., entered April 24, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ. Now published at 193 Wn. App. 179.

[No. 72204-2-I.  Division One.  February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SANTOS ANDREW SALOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11887-1, Mary E. Roberts, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 72331-6-I.  Division One.  February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02599-4, Jeffrey M. Ramsdell, J., entered August 8, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Leach, JJ.